UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUTING KANG,<br><br>        Plaintiff,<br><br>   v.<br><br>SOPHIE HARRISON, et al.,<br><br>        Defendants. | Case No. 17-cv-03034-DMR (MEJ)<br><br>**ORDER RE: MOTION TO ENFORCE SETTLEMENT**<br><br>Re: Dkt. No. 52 |

Pending before the Court is Plaintiff Shuting Kang's Motion to Enforce Settlement Agreement. Dkt. No. 52. Defendants have filed an Opposition (Dkt. No. 55) and Plaintiff filed a Reply (Dkt. No. 56). The Court finds this matter suitable for disposition without oral argument. *See* Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). Having considered the parties' positions and the record in this case, the Court finds the non-disparagement was not a condition precedent to payment of the settlement sum. Accordingly, Defendants are **ORDERED** to pay Plaintiff all sums owed under the settlement agreement within 10 days of this Order.

    **IT IS SO ORDERED.**

Dated: July 11, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge