UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHUTING KANG,

    Plaintiff,

v.

SOPHIE HARRISON, et al.,

    Defendants.

Case No. 17-cv-03034-DMR

**ORDER DENYING ADMINISTRATIVE MOTION SEEKING ENTRY OF FINAL JUDGMENT**

Re: Dkt. No. 72

Plaintiff Shuting Kang filed suit against Defendants Sophie Harrison, Jarrod Harrison, Shengrun International Industry Group, and Sino-USA Entrepreneur Association in May 2017. The case was referred to Magistrate Judge Maria-Elena James to conduct a settlement conference in September 2017. The parties reached a settlement in January 2018 after an in-person settlement conference before Judge James, and the court dismissed the action on January 11, 2018. [Docket Nos. 45, 46.] Following a dispute about the parties' settlement agreement, the court issued an amended order dismissing the case and referred Plaintiff's motion to enforce the parties' settlement agreement to Judge James for resolution. [Docket Nos. 52, 57, 58.] On July 11, 2018, Judge James granted Plaintiff's motion to enforce the parties' settlement agreement. [Docket No. 59.] Defendants then filed a notice of appeal to the Ninth Circuit Court of Appeals, seeking review of the court's amended dismissal order, order referring Plaintiff's motion to enforce to Judge James, and Judge James's order granting Plaintiff's motion to enforce the settlement agreement. [Docket Nos. 60, 61.] The appeal is currently pending. On August 31, 2018, Plaintiff filed a new lawsuit in this court against Defendants for breach of the parties' settlement agreement. *Kang v. Harrison, et al.*, No. 18-cv-5399 JD. That case is pending before the Honorable James Donato.

Plaintiff now moves for administrative relief pursuant to Civil Local Rule 7-11. [Docket No. 72.] In her motion, Plaintiff acknowledges that this court lacks jurisdiction "over the matters appealed." *See McClatchy Newspapers v. Central Valley Typographical Union No. 46*, 686 F.2d

731, 734 (9th Cir. 1982).  She asks the court to entertain or grant a Federal Rule of Civil Procedure 60(b) motion to vacate the court's dismissal of this case so that she may move the Ninth Circuit for remand.  Plaintiff then asks the court to exercise its inherent power to enforce the parties' settlement agreement upon such remand, and enter judgment in her favor in accordance with the parties' settlement agreement, along with an award of reasonable attorneys' fees and costs.  [Docket No. 72.]  Defendants oppose the motion.  [Docket No. 78.]

In this administrative motion, Plaintiff essentially asks the court to bypass the proceedings before the Ninth Circuit and affirm Judge James's order granting Plaintiff's motion to enforce the settlement agreement.  The court declines to do so, because the issue of whether Judge James had jurisdiction to enforce the parties' settlement agreement is precisely the issue on appeal before the Ninth Circuit.  The administrative motion seeking Rule 60(b) relief is denied.  The motion for entry of judgment and for further relief is denied without prejudice, pending the outcome of the appeal.

**IT IS SO ORDERED.**

Dated: January 29, 2019



_____
Donna M. Ryu
United States Magistrate Judge

2